# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. MCCARTY, | Case No.: 2:18-cv-00732-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 18) |
| US BANCORP, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's proposed discovery plan and scheduling order. Docket No. 18.

Plaintiff submits that the parties held their Fed.R.Civ.P. 26(f) conference on June 8, 2018. *Id.* at 2. Although Plaintiff submits that the parties exchanged various unpleasantries, it appears that they nonetheless discussed certain aspects of the discovery plan. *Id.* at 6-7. Local Rule 26-1(a) requires that the parties must submit a *stipulated* discovery plan.

Accordingly, the Court **DENIES** without prejudice Plaintiff's proposed discovery plan. Docket No. 18. The Court **ORDERS** the parties to conduct a second Fed.R.Civ.P. 26(f) conference and file a joint proposed discovery plan no later than July 16, 2018.

//

//

//

1

The Court reminds the parties that it expects, and that Fed.R.Civ.P. 1 requires, the cooperation of parties in securing "the just, speedy, and inexpensive determination of every action and proceeding."

IT IS SO ORDERED.

Dated: July 5, 2018

NANCY J. KOPPE
United States Magistrate Judge