# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. MCCARTY, | Case No. 2:18-cv-00732-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 21) |
| US BANCORP, et al, | |
| Defendant(s). | |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 21. Local Rule IA 6-2 dictates the placement of the signature block intended for the court in granting a motion or stipulation. The parties fail to abide by this instruction. *Id.* Therefore, the Court **DENIES** without prejudice the parties' joint proposed discovery plan. Docket No. 21.

IT IS SO ORDERED.

DATED: July 12, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge