# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. MCCARTY, | Case No.: 2:18-cv-00732-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket Nos. 53, 54) |
| US BANCORP, et al., | |
| Defendant(s). | |

Pending before the Court are Plaintiff's motions for a protective order, Docket No. 53, and Plaintiff's motion to strike depositions, Docket No. 54. Plaintiff's motions relate to his deposition on December 27, 2018, and Defendants' motion for dispositive sanctions, Docket No. 49. Plaintiff also asks the undersigned to recuse. Docket No. 53 at 16.

On January 28, 2019, the Court held a hearing on Defendants' motion for dispositive sanctions. *See* Docket No. 56. The Court denied Defendants' request for sanctions and ordered that the parties schedule Plaintiff's deposition. *Id*. Accordingly, Plaintiff's motion for a protective order and to strike depositions are **DENIED**. Docket Nos. 53, 54. Further, Plaintiff's request for the undersigned to recuse is **DENIED**. Docket No. 53. *See also* Docket Nos. 39, 42.

IT IS SO ORDERED.

Dated: January 30, 2019

NANCY J. KOPPE
United States Magistrate Judge

1